**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Kathy STAMPS, Defendant–Appellant.**

### No. 11–50252.

United States Court of Appeals, Ninth Circuit.

Argued and Submitted Nov. 6, 2012.

Filed Nov. 15, 2012.

Pio Kim, Curtis A. Kin, Esquire, Douglas M. Miller, Office of the U.S. Attorney, Los Angeles, CA, for Plaintiff–Appellee.

Pamela O'Leary Tower, Kenwood, CA, for Defendant–Appellant.

---

\* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

\*\* This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

Before: KOZINSKI, Chief Judge, REINHARDT and THOMAS, Circuit Judges.

## MEMORANDUM *

Kathy Stamps argues that we must vacate her conviction for three counts of mail fraud because the prosecutor failed to prove beyond a reasonable doubt that the United States had a property interest in the money she stole. But the prosecutor wasn't required to prove ownership of the funds as an element of the offense. *See United States v. Crawford,* 239 F.3d 1086, 1092–93 & n. 6 (9th Cir.2001). We therefore conclude that the government presented sufficient evidence to support the conviction.

**AFFIRMED.**

---

* This disposition isn't appropriate for publication and isn't precedent except as provided by 9th Cir. R. 36–3.